UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| TINA M. S.[1], | ) | |
| | ) | Civil Action No. 4:22-cv-02999-JD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARTIN O'MALLEY[2], | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

AND NOW, this 16th day of January, 2024, upon consideration of the Parties' STIPULATION it is hereby,

ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") petition (DE 21) is hereby withdrawn;

It is further ORDERED that Plaintiff, Tina S., is awarded attorney fees in the amount of Six Thousand Nine Hundred and Ninety-Two Dollars and 00/100 Cents ($6,992.00) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

_____
Joseph Dawson, III
United States District Judge

Florence, South Carolina
January 16, 2024